# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD E. BOSTON, TRUSTEE OF THE BANKRUPTCY ESTATE OF DAVID DeBOARD, JR. AND MARGARET DeBOARD, <br><br> Plaintiff, <br><br> v. <br><br> LOCKERBIE LOFTS, LLC, and TWG CONSTRUCTION, LLC, <br><br> Defendants. | Civil Action No.: 1:18-cv-02264-JMS-DLP |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees [13].

Date: 9/21/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to counsel of record electronically registered.